UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 NOV 14  P 2: 54

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case Number

AM17 2300980

JIMMY T WINDSOR
DEFENDANT

Petty Misdemeanor

2:07po276-MEF

NOTICE OF APPEAL

1. The citation was not properly written, had no description information or court date. Officer was given a valid Alabama drivers license with information. Officer was asked on several occasions for the date to be filled in.

2. Officer's statement on the citation had been altered, 1st and 2nd page statement was different from the 3rd page. This was a 3 page carbon copy type document.

3. The no burn ordnance signs were improperly posted in accordance to the federal government guidelines. See title 36 sec 1.7 public notice attached.

4. On two different occasions I requested information (evidence copies) from the Corp. of Engineers to include photographs of evidence, the Corp. of Engineers withheld photographs of the alleged campfire.

5. The photograph of the alleged campfire does not show any evidence that this was on my campsite there is nothing in this picture to show this was campsite 48 or even any other campsite.

6. The alleged fire was confined inside a campsite cook and grill ring and there is no image if the ring in this photograph.

7. The photograph of the camera showing the time and date. The time and date can be programmed to any time and date and was not on the photograph printed. The camera was not offered for evidence.

8. The photograph appears to be smoke rather then a fire and cannot be properly determined. The testimony stated that the fire was 3 to 4 feet and this photo does not support that testimony.

9. The ordnance states that grills are exempt from the ban. The sign states no open fires the fire in question was used for cooking and was confined inside a ring with a grill attached and over the fire. My picture of the ring clearly shows the spots on the grill where pots were sitting. Catalog with photo's enclosed.

10. The photographs of all above mentioned items was offered to the Magistrate Judge for viewing he declined by shaking his head.

11. In closing there was evidence presented that the citation was in retaliation of my letters to the Corp. of Engineers and Congressman Terry Everett concerning the attitudes of the park attendants and rangers and making there campground electrical problems be repaired . I feel that the evidence has in fact provided reasonable doubt to the allegations. The Magistrate Judge appeared distracted during the testimony, his actions in my view was I was wasting his time by my pleading not guilty.

Sign _/s/ Jimmy J. Windsor_　　　　　　　　　　　　Date 11/14/07

Jimmy T Windsor

Address: 9920 South Co. Rd. 55
Cottonwood, Alabama 3620

Phone # 334-714-4930
Cell # 334-685-2280

**United States District Court**
**Violation Notice**

CVB Location Code: AM 17

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| A 2300980 | Ron Bertrand | 769 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 06-16-2007
Offense Charged (CFR / USC / State Code): 327.12C

Place of Offense: WHITE OAK CAMPGROUND SITE 48

Offense Description: CAMPER HAD A FIRE AFTER HE WAS TOLD THAT A BAN ON OPEN FLAMES WAS IN EFFECT, CAUSING A SAFETY HAZARD

**DEFENDANT INFORMATION**  Phone: (334) 791-9930

Last Name: WINDSOR
First Name: JIMMY
M.I.: T

Street Address: 9920 S. COUNTY ROAD 55
City: COTTONWOOD
State: AL
Zip Code: 36320

Drivers License No.: 2500592
D.L. State: AL

Adult ☒  Sex: Male ☒

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 150.00 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 175.00 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

*Given at Date of Camping*



**US Army Corps
of Engineers**
Mobile District

# CAMPGROUND RULES

THESE RULES ARE IMPLEMENTED TO FACILITATE ORDERLY OPERATIONS AND AS A GUIDE FOR THE PROTECTION OF PEOPLE, PROPERTY, AND THE ENVIRONMENT. THE WALTER F. GEORGE LAKE NATURAL RESOURCE SITE OFFICE RESERVES THE RIGHT TO ADD TO, AMEND OR CLARIFY THE RULES THAT FOLLOW.

1. **CAMPSITE CAPACITY:** Only one camping unit is allowed per site. A camping unit is defined as a Motor Home, Camping Trailer, Converted Bus or Van, Pop-up Trailer, Truck Camper or any other type of recreational vehicle. Tents MUST be pitched on the impact area.
2. Camping permits are not transferable. Campers may register only for the site they are to occupy.
3. Camper and visitor fees are posted at the entrance gate.
4. **CAMPING UNIT OR TENT:** Must be set up within 24 hours of registering for a site.
5. **CAMPSITE OCCUPANCY:** Only eight (8) campers per site. Only three (3) camper vehicles per site.
6. **LENGTH OF STAY:** Limited to fourteen (14) days on this project during any thirty (30) consecutive day period. Extensions require prior approval from the Resource Site Office.
7. **CHECKOUT TIME:** 3:00 PM.
8. Persons under eighteen (18) years of age must be accompanied by an adult and cannot register for a site.
9. **CAR PASSES: Display passes in vehicles at all times. ALL VEHICLES MUST STOP AT GATEHOUSE WHEN ENTERING AND EXITING THE PARK.**
10. **VISITORS:** A visitor is any person that visits a registered camper longer than 20 minutes. Only eight (8) visitors and two (2) visitor vehicles are permitted to register for each campsite. Visiting hours end at 9:30 PM. Visitors must leave the park when the registered camping party checks out.
11. For your security, the campground entrance gate is locked from 10:00 PM until 7:00 AM. In the event of an emergency, contact the **"ON DUTY" Park Attendant.**
12. **PARKING:** Is permitted only on paved surfaces or in designated parking spaces. Motorized vehicles are not to park on the grass or tent pad/impact area. Empty boat trailers can be placed on the grass beside the owner's site to save space.
13. **GRAY WATER AND WASTE MATTER:** Discharge onto campsite is prohibited. Use the sanitary dump station.
14. Lanterns should be hung on metal hangers provided at the campsite. Heat from lanterns will damage trees. Electrical lights will not be permitted to hang in trees. Nails are not to be driven into trees.
15. Confine fires to fire rings or grills. Completely extinguish unattended fires.
16. **FIREWOOD:** May only be collected as dead wood on the ground. Cutting or gathering live trees or plants in the parks is prohibited.
17. **PETS:** Are permitted, **except** in the following areas: **playgrounds, picnic shelters, restrooms, beaches, and associated water area at developed parks.** Pets should be penned, caged, or on a leash under six (6) feet in length, or otherwise under physical restraint at all times.
18. **QUIET HOURS:** 10:00 PM till 6:00 AM. Unreasonable loud noise is prohibited any time.
19. **BOAT LAUNCHING:** Only at provided launching ramps. Such activity from the shoreline is prohibited.
20. Generally, swimming areas are not designated. No lifeguards or supervision is provided. Swim at your own risk. Swimming at launching ramps is prohibited.
21. Tables are not to be moved off the impact area.
22. Individuals in the campground may be required to furnish proper identification to Park Rangers.
23. All motorized vehicles must be operated on established roadways in accordance with State and Federal highway regulations. **Obey all speed limits. SPEED LIMIT WITHIN EACH LOOP IS 10 mph.** Drive carefully and watch for children.
24. Return issued passes to the gatehouse upon final departure.
25. The possession of loaded firearms, ammunition, loaded projectile firing devices, bows and arrows, crossbows, explosives or explosive devices of any kind, including fireworks is prohibited.
26. **GOLDEN AGE AND ACCESS PASSPORTS:** The Passport holder is the only individual authorized to use a passport when registering and paying user fees, **must camp with their party the entire time, and** may be required to show identification for verification.
27. Campers must place their trash in the dumpsters provided upon leaving the campground.
28. Changing sites by registered campers will only be allowed when the campground is below 50% of its capacity and prior permission is obtained. Campers will not be allowed to transfer from one site to another on Friday, Saturday, and Sunday, Holidays, two days before, and two days after a holiday.
29. Washing vehicles and/or RV units in the park is prohibited.
30. All motorized vehicles must be licensed, tagged, equipped with turn signals, headlight, taillights, and insured.
31. Only small kiddie pools 6 ft. in diameter or less will be allowed and it must be set on the impact area.

A COMPLETE TEXT OF CORPS OF ENGINEERS RULES AND REGULATIONS IS AVAILABLE AT THE GATEHOUSE, NATURAL RESOURCE SITE OFFICE OR FROM ANY RANGER.

Homepage Address: www.walterfgeorge.sam.usace.army.mil

*No Posting on these Rule    Fed Public Notice    title 36 sec 1.7*

```
[Code of Federal Regulations]
[Title 36, Volume 1]
[Revised as of July 1, 2001]
From the U.S. Government Printing Office via GPO Access
[CITE: 36CFR1.7]

[Page 10-11]
```

TITLE 36--PARKS, FORESTS, AND PUBLIC PROPERTY

CHAPTER I--NATIONAL PARK SERVICE, DEPARTMENT OF THE IN

PART 1--GENERAL PROVISIONS--Table of Contents

Sec. 1.7  Public notice.

(a) Whenever the authority of Sec. 1.5(a) is invoked to control a public use or activity, to relax or revoke an exis restriction or control, to designate all or a portion of a p open or closed, or to require a permit to implement a public the public shall be notified by one or more of the following
  (1) Signs posted at conspicuous locations, such as norma entry and reasonable intervals along the boundary of the aff locale.
  (2) Maps available in the office of the superintendent a places convenient to the public.
  (3) Publication in a newspaper of general circulation in affected area.
  (4) Other appropriate methods, such as the removal of cl use of electronic media, park brochures, maps and handouts.
  (b) In addition to the above-described notification proc superintendent shall compile in writing all the designations permit requirements and other restrictions imposed under dis authority.

[[Page 11]]

This compilation shall be updated annually and made availabl public upon request.

Ms. Keri Schenter
FOIA paralegal
OC, 8019
P. O. Box 2288
Mobile, Al. 36628-0001


Dear Ms. Schenter,

    On or about August 16, 2007, you received a request from concerning information pertaining to a citation issued to me on June 16, 2007. I was very specific as to the information I was requesting, due to the fact that I am preparing my defense on this matter. You withheld some information quoting Exemption 5 of FOIA.

    I also requested names and addresses of the persons who submitted complaints to the park attendant about this incident you Quoted Exemption 6 again. In speaking with an attorney it is my understanding that I do have the right to information on my accuser. I need this information in order to run background checks on these people to establish their credibility as witnesses.

    The withholding of the information I feel is in fact hindering my attempt to properly prepare my defense. I am here by exercising my right to appeal on your decision to with hold any information that I have requested.

    Please accept this letter as my request of appeal, and again I request the information be forwarded to me so that I can have ample time to run the necessary background checks etc.

    I was granted a continuance until November 5th in order to allow you time to send the information as requested. I do hope you understand my position and will please not hold up my investigation any further.

    Thank you very much for your assistance.

    Sincerely,


Jimmy T. Windsor



Gov 1    Withheld

withheld

Gov't. 2

## Single Level Cooking Grate





*(Above)* **Model FS-48/9/PA** *campfire ring, 9" tall.*
*(Left)* **Model FS-30/7/TB** *campfire ring, 7-3/8" tall.*

The FS Series Campfire Rings combine a single level cooking grate with our flanged firering – an economical design when cooking over the fire might be a lower priority.

Ring is rolled from a minimum 3/16" thick steel plate with an integral formed 1" wide flange around top edge. This flange provides extra strength against heat warpage and eliminates a vertical edge. Draft holes are provided for fire ventilation.

290 sq. inch single level cooking grate is hinged to the ring and remains permanently attached.

FS Series Campfire Rings are available in 4 different diameters, and up to 3 different side heights (see charts below, right). Select the diameter to control the size of fire, and the side height to achieve the degree of fire barrier needed.

- Tip back anchor pins (standard) keep the ring secured in one place, but allow the ring to tip up for easy clean out. Other anchor systems available. See Page 71.
- Cooking grate adjustment handles, made from 3/4" dia. steel, reach outside of the ring, away from the fire. The handle grips are 1/8" x 1/2" coiled steel bar. The cooking grate is built using 5/8" dia. steel perimeter bars and 1/2" dia. steel grate bars. The grate hinges are formed using 5/8" dia. steel bar.
- Pilot Rock makes solid wall steel rings without any decorative cutouts. These cutouts would only weaken the ring and subject it to premature failure, and they eliminate the original fire barrier function of the ring.
- **Optional:** Bolt on utility shelf Model S5. See Page 71.

Outside diameter (at flange)



26"
32"
48"
56"

| Model | Inside Diameter | Side Ht. | Anchor Systems | Cooking Area (Sq. In.) |
|---|---|---|---|---|
| FS-26/7/TB | 24" | 7-3/8" | TB (Standard), AL,TA (Optional) See Page 71 | 290 |
| FS-30/7/TB | 30" | 7-3/8" | | |
| FS-30/9/TB | | 9" | | |
| FS-30/11/TB | | 11-3/8" | | |
| FS-48/7/PA | 46" | 7-3/8" | PA (Standard), AL (Optional) See Page 71 | 290 |
| FS-48/9/PA | | 9" | | |
| FS-48/11/PA | | 11-3/8" | | |
| FS-56/7/PA | 54" | 7-3/8" | | |
| FS-56/9/PA | | 9" | | |
| FS-56/11/PA | | 11-3/8" | | |

*(handwritten)* Where campsite gets grills

- Web Site: www.pilotrock.com •
- E-Mail: pilotrock@rjthomas.com •

**PILOT ROCK**® PARK • CAMP • STREET SITE EQUIPMENT

67



Charcoal in and on top of grill



Charcoal



Discolor of grill where pots sat + coal

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, _Jimmy T. Windsor_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __Personal Delivery__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20__ day of __Nov__ 20_07_, to:

_U.S. Attourney   131 Clayton St._
_Montgomery  AL. 36104_

_Attn. Kent Brunson_

_20 Nov. 07_
Date

_[signature]_
Signature