# United States District Court
## Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| A 2300980 | Ron Bertrand | 769 |

CVB Location Code: **AM 17**

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | ☐ CFR  ☐ USC  ☐ State Code |
|---|---|---|
| 06-16-2007 | 321.12c | |

Place of Offense: WHITE OAK CAMPGROUND SITE 48

Offense Description: CAMPER HAD A FIRE AFTER HE WAS TOLD THAT A BAN ON OPEN FLAMES WAS IN EFFECT, CAUSING A SAFETY HAZARD

### DEFENDANT INFORMATION

| Last Name | First Name | MI | Phone |
|---|---|---|---|
| WINDSOR | JIMMY | T | (334) 791-4930 |

Street Address: 9920 S. COUNTY ROAD 55
City: COTTONWOOD    State: AL    Zip Code: 36320

| Drivers License No | D.L. State | Social Security No | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| 2500592 | AA | | |

Sex: ☒ Male ☐ Female    ☒ Adult ☐ Juvenile    Hair    Eyes    Height    Weight

### VEHICLE DESCRIPTION
Tag No | State | Year | Make/Model | Color | VIN

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT → $ 150.00 Forfeiture Amount
+ $25 Processing Fee
$ 175.00 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____ Date (mm/dd/yyyy): _____ Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

A 2300980    086000 3

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 17, 2007 while exercising my duties as a law enforcement officer in the MIDDLE District of ALABAMA.

I WAS CONTACTED BY GATE ATTENDANT ABOUT A COMPLAINT THAT SOME CAMPERS HAD. THE CAMPERS HAD FILED A WRITTEN COMPLAINT ABOUT MR WINDSOR STARTING A LARGE FIRE IN THE FIRE RING AFTER HE HAD BEEN TOLD THAT THERE WAS A BAN ON OPEN FIRES AND ASKED BY THE GATE ATTENDANT TO PUT IT OUT THE NIGHT BEFORE. MR. WINDSOR'S FIRE WAS IN VIOLATION OF POSTED RESTRICTIONS CAUSING A SAFETY HAZARD TO ALL OF THE OTHER CAMPERS IN THE AREA.

The foregoing statement is based upon
✓ my personal observation    ✓ my personal investigation
information supplied to me from my fellow officer's observation
✓ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 06-17-2007    _____ Ron Bertrand
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

CVR Scan 6/25/2007 15:48:07

# CARRYOVER DOCKET
## PETTY OFFENSE DOCKET SHEET AND JUDGMENT ORDER
## MONTGOMERY, ALABAMA (MOAL)
### {Matters carried over from 9/11/07 to 11/6/07

### U. S. MAGISTRATE JUDGE TERRY F. MOORER, PRESIDING

| | | |
|---|---|---|
| Violation No. 0872061 AM6 | Name: **RONALD HAYGOOD** | Offense: SMOKING IN NO SMOKING AREA |
| SSN: XXX-XX-1408 | Driver's License No. | Disposition: *RC* |
| Amount: $75.00 | | |
| Continued from 9/11/07; | | |
| Violation No. A2300980 AM17 | Name: **JIMMY T. WINDSOR** | Offense: UNAUTHORIZED FIRE |
| SSN: XXX-XX-14108 | Driver's License No. 2500592 | Disposition: *TP* |
| Amount: $175.00 | | |
| Continued from 9/11/07; | | |

_/s/ Terry F. Moorer_
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

November 15, 2007
DATE

1