IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY T. WINDSOR, | ) |
| | ) |
| APPELLANT, | ) |
| | ) |
| v. | ) Case 2:07-po-276-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| APPELLEE. | ) |

## **ORDER**

Before the Court is Jimmy T. Windsor's Notice of Appeal filed on November 14, 2007. Windsor appeals from the Magistrate Judge's judgment of conviction and sentence entered on November 6, 2007. Accordingly, it is hereby ORDERED as follows:

1. Appellant Jimmy T. Windsor shall file his brief in support of his appeal by no later than **March 7, 2008**;

2. Appellee United States of America shall file its brief no later than **April 7, 2008**;

3. Appellant Jimmy T. Windsor may file a reply brief to Appellee's brief no later than **April 21, 2008**.

DONE this the 7th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE