RECEIVED

2008 MAR 10 P 2: 44

JIMMY T. WINDSOR

    APPELLANT

v.                                                   (Case 2:07-po-276-MEF)

UNITED STATES OF AMERICA

    APPELLEE

BRIEF

   On 06-16-2007, Jimmy T. Windsor was issued a citation, by Ranger Ron Bertrand, officer no.769, for the violation of CFR violation327-12c (having a open flame during a no burn order), Ranger Burtrand did not witness this open flame but wrote the citation on a complaint from another camper. Ranger Burtrand also improperly filled out the citation in accordance to the guidelines of the Uniform Ticket Codes, by leaving blank areas on the citation. Also Ranger Burtrand altered the citation, this is a 3 page citation, with carbon copies, and the offense description on page 3 is worded differently than page 1 & 2.

   The Corp of Engineers, withheld photographs, that were requested by Jimmy T. Windsor, under the Guidelines of the Freedom of Information act, on 09-27-2007, Mr. Windsor requested copies of all evidence to include photographs under the FOIA Act. Government exhibit 1 & 2 were withheld from the request. The Corp of Engineers also improperly posted the no burn order under the guidelines of Code of Federal Regulations, Title 36 Sec. 1.7

   Ranger Burtrand wrote the citation on hearsay evidence, and he singled Mr. Windsor out as an example, there were other open flames in the campground at the same time. The Corp of Engineers, has signed statements from other campers that they were told to extinguish their flames, they weren't issued citations. It appears they didn't see the postings either.

Government exhibit 1 photograph does not support the size of the flame as the testimony states (3-4 ft). The photograph also does not show that this is in fact a flame, nor does it show anything as to the actual location of the flame. The photograph does not in any way show that this photograph is of campsite 48 occupied by Mr. Windsor.

Government exhibit 2 photograph is a photograph taken of the back of another camera, showing a time & date. The citation was issued on 6-16-2007 however the camera clearly shows the date of 6-17-2007.

Mr. Windsor entered a plea of not guilty; Mr. Windsor was not given the option of a Magistrate Judge ruling or Jury Trial. The Magistrate Judge ruled that Mr. Windsor was Guilty and imposed a fine of $175.00.

Did Ranger Bertrand leave out important information on the citation, such as description, date of birth, and court date? The citation was altered, the officer's defense description is worded different on page 3, and this is a carbon copy ticket. Ranger Burtrand testified he didn't witness the open flame. He issued the citation on hearsay evidence. Is this citation legally valid?

Did the Corp of Engineers violate Mr. Windsor's rights under the Freedom of Information Act, by withholding the requested information, hindering his preparing of proper defense?

Was Mr. Windsor singled out because he has been in contact with Congressman Terry Everett causing pressure to be placed on the Corp of Engineers in this area due to their not properly maintaining the campground facilities? Why weren't the other campers cited also?

Did the Corp of Engineers properly post the no flame order in accordance to Code of Federal Regulations, Title 36 Sec. 1.7?

Was Mr. Windsor's rights violated by not being given the option of a Jury Trial?

The Magistrate Judge ruled on photographs that do not support the size of the flame or the actual location of the photographs, he also, did not take into consideration that the citation was written on 6-16-07 but the evidence photograph clearly shows 6-17-07, which is the day after the citation was written.

I, Jimmy T Windsor representing myself submit this brief on 3/5/2008 to the United States middle district of Alabama.

Date 3/5/08

Jimmy T. Windsor

Signature

JIMMY T WINDSOR

UNITED STATES DISTRICT COURT
Middle District of Alabama

CERTIFICATE OF SERVICE

Plaintiff UNITED STATES OF AMERICA
    APPELLEE
                             (Case No. 2:07-po-276-MEF)
   V.

Defendant JIMMY T WINDSOR
    APPELLANT

I hereby certify that on 3/05/2008 a copy of foregoing (BRIEF)
Was filed and served by mail.

JIMMY T WINDSOR    REPRESENTING SELF
9920 SOUTH CO RD. 55
COTTONWOOD, ALABAMA 36320

Phone: (334) 791-4930
E-mail: JWIN50@YAHOO.COM

SIGNATURE _____
                         JIMMY T WINDSOR

I, Jimmy T Windsor representing myself submit this brief on 3/5/2008 to the United States middle district of Alabama.

Date 3/5/08

Jimmy T. Windsor

Signature

JIMMY T WINDSOR