**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 5, 2008

### NOTICE OF DEFICIENCY

To:     Jimmy T. Windsor

From:   Clerk's Office

Case Style:   Jimmy T. Windsor, Appellant v. USA, Appellee

Case Number: 2:07po276-MEF

Referenced Pleading:   Appellant's Brief  (Doc # 4)

**Notice is hereby given that the referenced deficient pleading was filed on   March 5, 2008 in the above-styled case. The listed deficiency must be corrected within 10 days from the date of this notice:**

**The above referenced pleading did not contain your signature nor a certificate of service page as required by the Criminal Administrative Procedures.**

**Please file a signature page and certificate of service page  for the referenced pleading.**